**ROCKARD J. DELGADILLO**, City Attorney
**MICHAEL CLAESSENS**, Senior Assistant City Attorney
**CORY M. BRENTE,** Supervising Assistant City Attorney
**DENISE C. JOHNSON,** Deputy City Attorney - (SBN191992)
**WENDY SHAPERO**, Deputy City Attorney - (SBN 198739)     JS-6
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA  90012
Email: denise.johnson@lacity.org
Phone No.: (213) 978-7032, Fax No.: (213) 978-8785

*Attorneys for Defendants*
**OFFICER GARCIA and OFFICER SAPPER**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMEISHA BEED, et al | Case No. CV06-1236 GAF(PLAx) |
| *Plaintiff,* | **Hon. Gary A. Feess** |
| v. | |
| COUNTY OF LOS ANGELES, et al., | **DEFENDANTS' [Proposed] JUDGMENT** |
| *Defendants.* | |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants hereby provide the following [Proposed] Judgment.

DATED:   May 2, 2008       **ROCKARD J. DELGALLO**, City Attorney
**MICHAEL L. CLAESSENS**, Sr. Asst. City Attorney
**CORY M. BRENTE**, Supervising Asst. City Attorney
**WENDY SHAPERO**, Deputy City Attorney

/s/ Denise C. Johnson
By_____
**DENISE C. JOHNSON**, Deputy City Attorney

Attorneys for **IRMA GARCIA and MARY SAPPER**

i

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMEISHA BEED, et al | Case No. CV06-1236 GAF(PLAx) |
| *Plaintiff,* | **Hon. Gary A. Feess** |
| v. | |
| | **JUDGMENT** |
| COUNTY OF LOS ANGELES, et al., | |
| *Defendants.* | |

WE, THE JURY, in the above entitled action, unanimously find as follows on the questions submitted to us:

///
///
///
///
///
///
///
///

-1-

PLAINTIFF BEED'S CLAIMS

**QUESTION NO. 1:** Do you find by a preponderance of the evidence that Det. Garcia conducted a visual strip search of Plaintiff Lameisha Beed while she was in custody of the Los Angeles Police Department?

    __X__ Yes   ____ No

**If you answered "Yes," proceed to Question No. 2.**

**QUESTION NO. 2:** Do you find by a preponderance of the evidence that Det. Garcia's visual strip search of Lameisha Beed was an unlawful search of Lameisha Beed's person under the Fourth Amendment to the United States Constitution?

    ____ Yes   __X__ No

Go to Question No. 3.

**QUESTION NO. 3:** Do you find by a preponderance of the evidence that Det. Sapper illegally seized Lameisha Beed in violation of the Fourth Amendment to the United States Constitution?

    ____ Yes   __X__ No

Go to Question No. 4.

///
///
///
///
///
///

<u>Plaintiff Reynolds' Claims Against Det. Garcia</u>

**QUESTION NO. 4:** Do you find by a preponderance of the evidence that Det. Garcia conducted a visual strip search of Plaintiff Delilah Reynolds while she was in custody of the Los Angeles Police Department?

__X__ Yes     _____ No

**If you answered "yes, go to Question No. 5.**

**QUESTION NO. 5:** Do you find by a preponderance of the evidence that Det. Garcia's visual strip search of Delilah Reynolds was an unlawful search of Delilah Reynolds' person under the Fourth Amendment to the United States Constitution?

_____ Yes     __X__ No

DATED: _____     _____
                                                   FOREPERSON OF THE JURY

*Note: The verdict was then signed and dated by the foreperson on May 2, 2008.*

## ORDER

Therefore, IT IS HEREBY ORDERED, DECREED AND ADJUDGED that judgment on the merits be entered in favor of Defendants, IRMA GARCIA and MARY SAPPER and against Plaintiffs, LAMEISHA BEED and DELILAH REYNOLDS that the Plaintiff take nothing; and that Defendants, IRMA GARCIA and MARY SAPPER be entitled to recover from the Plaintiffs, their costs relating to the defense of this action per the cost bill in the amount of $_____ (to be determined from the Bill of Costs).

DATED: May 9, 2008     _____
                                             **HONORABLE GARY A. FEESS**
                                             **United States District Judge**

-3-